IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OSAGIODUWA IDAHOR, | ) | |
| | ) | Civil Action No. |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| ARBOR EAST COBB, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |
| _____ | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, Osagioduwa Idahor ("Plaintiff""), by and through undersigned counsel, and files this Complaint for Damages under the Family Medical Leave Act ("FMLA") against Defendant Arbor East Cobb, LLC ("Defendant"), and shows the Court as follows:

## JURISDICTION AND VENUE

1.

Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f).

1

2.

The unlawful employment practices alleged in this Complaint were committed within this district.  In accordance with 28 U.S.C. § 1391 and 42 U.S.C. §2000(e)-5(f), venue is appropriate in this Court.

## **PARTIES**

3.

Plaintiff is subject to the jurisdiction of this Court.

4.

Defendant is qualified and licensed to do business in Georgia and at all times material hereto has conducted business within this District. Defendant is subject to specific jurisdiction in this Court over the claims asserted herein.

5.

Defendant may be served with process by delivering a copy of the summons and complaint to its registered agent, Corporation Service Company, at 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092.

## **FACTUAL ALLEGATIONS**

6.

Defendant is now, and at all times relevant hereto, has been an employer subject to the Family Medical Leave Act ("FMLA").

7.

Plaintiff her employment with Defendant as a certified nursing assistant in February 2019.

8.

On or about April 13, 2020, Plaintiff informed Defendant she had been in the presence of an individual that had tested positive for Covid-19 and that Plaintiff was going to get tested. Defendant responded to the notification by insisting that Plaintiff come to work.   On April 15th, Plaintiff's direct supervisor, Mildred Onyeukpere, and LPN Angie called Plaintiff together - Angie said she was not going to pay Plaintiff and that she was at low risk for the virus and needed to return to work because they were short staffed and if she wore a mask and gloves she should be fine to work.

9.

On April 16, 2020, Plaintiff informed Defendant that she had tested positive for Covid-19 and that she needed to self-quarantine.   Idahor called Ms. Onyeukpere, Angie, and the Executive Director, Cynthia Smith, to inform them she was positive.

10.

Plaintiff had a serious health condition, as defined by the FMLA.

11.

On April 21, 2020, Defendant terminated Plaintiff's employment.

12.

Defendant terminated due to her need for leave protected by the FMLA and/or because of her attempted use of leave protected by the FMLA.

13.

In terminating Plaintiff and failing to provide her with leave, Defendant interfered with Plaintiff's exercise of FMLA rights and/or retaliated against Plaintiff for her exercise of FMLA rights.

14.

Defendant terminated Plaintiff in retaliation for her exercise of rights protected by the FMLA. In so doing, Defendant violated the FMLA.

15.

Any reason given by Defendant for Plaintiff's termination is pretext for unlawful FMLA interference and retaliation.

16.

Defendant was employed by Defendant for more than 12 months preceding her request for FMLA leave.

17.

Plaintiff worked more than 1250 hours during the 12 month period immediately preceding her attempted use of leave.

18.

Defendant is part of an organization that operates a myriad of senior living facilities, including at least 20 in Georgia. Of the at least 22 Arbor Place facilities in Georgia, at least 17 of them have them the same principal office address.

19.

The Arbor Place facilities in Georgia have one Vice President and President over them.

20.

Defendant and the other Arbor Place facilities constitute a single employer or integrated enterprise. As a single employer or integrated enterprise, the employees of Defendant and the other Arbor Place facilities count together for purposes of determining the number of employees each entity has under the FMLA.

21.

Thus, Defendant is a private sector employer, with 50 or more employees in 20 or more workweeks in the 2019 and 2020 calendar years, within 75 miles of the location where Plaintiff worked for Defendant.

## CLAIMS FOR RELIEF

## VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT

## (FMLA INTERFERENCE AND RETALIATION)

22.

Plaintiff repeats and re-alleges the preceding paragraphs as if set forth fully herein.

23.

Defendant is and, at all times relevant, has been an 'employer' as defined by the Family and Medical Leave Act ['FMLA'].

24.

Plaintiff was an eligible employee under the FMLA.

25.

Plaintiff engaged in protected conduct under the Family Medical Leave Act, 29 U.S.C. § 2601, et seq., entitling her to all appropriate relief under the statute.

26.

Defendant interfered with Plaintiff's rights protected under the Family Medical Leave Act, 29 U.S.C. § 2601, et seq., entitling Plaintiff to all appropriate relief under the statute.

27.

Defendant retaliated against Plaintiff for the exercise of protected conduct under the Family Medical Leave Act, 29 U.S.C. 2601, et seq., entitling Plaintiff to all appropriate relief under the statute.

**WHEREFORE**, Plaintiff requests judgment as follows:

(a)     Special damages and/or liquidated damages, back-pay, lost benefits and prejudgment interest thereon;

(b)     All equitable relief available under the FMLA;

(c)     Reasonable attorney's fees and expenses of litigation;

(d)     Trial by jury as to all issues so triable;

(e)     Declaratory relief to the effect that Defendant has violated Plaintiff's statutory rights;

(f)     All other relief to which she may be entitled.

This 17th day of August, 2020.

**BARRETT & FARAHANY, LLP**

s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504
*Counsel for Plaintiff*

1100 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 Facsimile
severin@justiceatwork.com